UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05cr45 MMP

ALEJANDRO CABEZAS
        Defendant

## ORDER OF DESIGNATION

The Court finds that pursuant to Rule 604 of the Federal Rules of Evidence, that Venessa Carbia is a qualified expert as a bilingual interpreter for the SPANISH language.

Therefore, pursuant to the Court Interpreters Act it is:

ORDERED that Vanessa Carbia is hereby designated as an interpreter in this cause to provide the court with those services necessary to comprehend certain documents (written in Spanish) in Chambers, or in open court; to communicate with the presiding judicial officer; in connection with the ongoing proceedings in this case before the presiding judicial officer.

DONE and ORDERED this 5TH day of May, 2006.

_____
MAURICE M. PAUL, SENIOR
UNITED STATES DISTRICT JUDGE